

FILED

07 DEC -5 AM 11:14

UNITED STATES DISTRICT COURT
CLERK, U.S.
SOUTHERN DISTRICT...

BY: /s/ Deputy



07cr7043-IEG

Patrick E. Duffy  
Clerk, U.S. District Court  
Telephone 406-542-7260  
Facsimile 406-542-7272

James F. Battin United States Courthouse  
316 North 26th Street, Room 5405  
Billings, Montana 59101

November 29, 2007

To:   Clerk, U.S. District Court, The Southern District of California

RE:   Transfer of Our Case # CR-02-123-BLG-JDS  
      Assigned Your Case #

Dear Sir/Madam:

Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of:

(1) judgment and probationary order, and  
(2) copy of docket sheet

Please acknowledge receipt of these documents on the copy of this letter and return to this District.

Sincerely,

CLERK, U.S. DISTRICT COURT

By  /s/ Heather M. McLean  
    Heather M. McLean, Deputy Clerk

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* <br> CR 02-123-BLG-JDS-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: <br><br> **DARRELL BROWN** <br> **13244 Goldentop Drive** <br> **Lakeside, CA 92040** | DISTRICT <br><br> **District of Montana** | DIVISION <br><br> **Billings** |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br><br> **Honorable Jack D. Shanstrom** | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM **02/01/07**    TO **01/31/10** |

OFFENSE
**POSSESSION OF A STOLEN FIREARM**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MONTANA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Southern California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_9/17/07_
Date

_/s/ Jack D. Shanstrom_
Honorable Jack D. Shanstrom
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **THE SOUTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_10/30/07_
Effective Date

_/s/ Irma E. Gonzalez_
United States District Judge

| PROB 22<br>(Rev. 2/88) | | FILED<br>BILLINGS DIV.<br>2007 NOV 29 AM 10 03<br>PATRICK E. DUFFY, CLERK<br>BY _____<br>DEPUTY CLERK | DOCKET NUMBER *(Tran. Court)*<br>**CR 02-123-BLG-JDS-01** |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>**DARRELL BROWN**<br>13244 Goldentop Drive<br>Lakeside, CA 92040 | | DISTRICT<br>District of Montana | DIVISION<br>Billings |
| | | NAME OF SENTENCING JUDGE<br>**Honorable Jack D. Shanstrom** | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM **02/01/07**    TO **01/31/10** |

OFFENSE
**POSSESSION OF A STOLEN FIREARM**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MONTANA**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Southern California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/19/07
Date

*/s/ Jack D. Shanstrom*
Honorable Jack D. Shanstrom
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **THE SOUTHERN DISTRICT OF CALIFORNIA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/30/07
Effective Date

*/s/ Irma E. Gonzalez*
United States District Judge

# UNITED STATES DISTRICT COURT

BILLINGS DIVISION     District of     Montana

FILED AND ENTERED
IN CRIMINAL DOCKET
12-17-03
PATRICK E. DUFFY    CLERK
By Rayna M. Weis
Deputy

UNITED STATES OF AMERICA
v.
DARRELL GERADA BROWN

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:    CR 02-123-BLG-JDS-01

Mark Werner
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

X was found guilty on count(s)   3   after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:922(j) | Possession of a stolen firearm | 3-6-02 | 3 |

The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

XX Count(s)   1 and 2   ☐ is   x were dismissed on motion of defendant.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: August 17, 1966
Defendant's USM No.: 07710-046
Defendant's Residence Address:
440 Josephine Drive, Apt. 12
Billings, MT 59105

Defendant's Mailing Address:
same

December 17, 2003
Date of Imposition of Judgment

*Jack D. Shanstrom* (signature)
Signature of Judicial Officer

Jack D. Shanstrom, Senior Judge
Name and Title of Judicial Officer

December 17, 2003

UNITED STATES OF AMERICA
DISTRICT OF MONTANA } ss.
I, PATRICK E. DUFFY, Clerk of the United States District Court for the District of Montana, hereby certify that the above and foregoing is a true copy of the original now on file in my office
Dated the 29 day of NOV 20 07
PATRICK E. DUFFY Clerk
By _____ Deputy

DEFENDANT: Darrell Gerada Brown
CASE NUMBER: CR 02-123-BLG-JDS-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  50 months, with credit for time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

xx The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT: Darrell Gerada Bropwn
CASE NUMBER: CR 02-123-BLG-JDS-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term   3 years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the

14) the defendant shall pay the special assessment imposed or adhere to a Court-ordered installment schedule for the payment of the special assessment; and (15) the defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page 4 of 6

DEFENDANT: Darrell Gerada Brown
CASE NUMBER: CR 02-123-BLG-JDS-01

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in and complete a program of substance abuse testing and treatment as approved by the U.S. Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as determined by the U.S. Probation Officer.

2. The defendant shall participate in a program for mental health treatment, specifically Anger Management, as deemed necessary by the U.S. Probation Officer, until such time as the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as determined by the U.S. Probation.

3. The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supercedes standard condition number seven (7) with respect to alcohol consumption only.

4. The defendant shall submit his/her person, residence, place of employment or vehicle to a search, conducted by a U. S. Probation Officer, based on reasonable suspicion of contraband or evidence in violation of a condition of release. Failure to submit to search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to the condition.

Judgment — Page  5  of  6

DEFENDANT: Darrell Gerada Brown
CASE NUMBER: CR 02-123-BLG-JDS-01

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| TOTALS | $ | $ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for the  ☐ fine and/or  ☐ restitution.

    ☐ the interest requirement for the  ☐ fine and/or  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Darrell Gerada Brown
CASE NUMBER: CR 02-123-BLG-JDS-01

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** **X** Lump sum payment of $ __100.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

CM/ECF - District of Montana LIVE VER 3.0.5 - Docket Report    Page 1 of 8
Case 3:07-cr-07043-IEG    Document 1    Filed 12/05/2007    Page 10 of 18

ARCHIVE, TERMED

U.S. District Court
District of Montana LIVE (Billings)
CRIMINAL DOCKET FOR CASE #: 1:02-cr-00123-JDS All Defendants
Internal Use Only

Case title: USA v. Brown

Date Filed: 10/17/2002
Date Terminated: 12/17/2003

Assigned to: Judge Jack D Shanstrom

Appeals court case number: 04-30011

**Defendant**

**Darrell Gerada Brown** (1)
*TERMINATED: 12/17/2003*

represented by **Mark S. Werner**
FEDERAL DEFENDERS OF MONTANA
Billings Office
PO Box 1778
Billings, Mt 59103-1778
406-259-2459
Fax: 259-2569
Email: mark_werner@fd.org
*TERMINATED: 12/17/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

Count 3 charging dft was in possession of a stolen firearm in violation of 18:922J.F RECEIVE STOLEN FIREARMS
(3)

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**

Indictment charging dft with possession of a firearm after having been convicted of domestic violence in violation of 18:922G.F UNLAWFUL

**Disposition**

Deft is sentenced to incarceration for term of 50 months & supervised release for term of 36 months UTC & $ 100 assessment.

UNITED STATES OF AMERICA } ss.
DISTRICT OF MONTANA

I, PATRICK E. DUFFY, Clerk of the United States District Court for the District of Montana, hereby certify that the above and foregoing is a true copy of the original now on file in my office
Dated the 29 day of NOV, 2007.
PATRICK E. DUFFY Clerk
By _____
         Deputy

**Disposition**

Counts 1 and 2 dismissed pursuant to court's Order of 8/14/03

TRANSPORT OF FIREARMS, ETC.
(1-2)

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| **USA**<br>TERMINATED: 12/17/2003 | represented by | **C. Ed Laws**<br>OFFICE OF THE U.S. ATTORNEY<br>Billings Office<br>PO Box 1478<br>Billings, MT 59103-1478<br>406-657-6101<br>Fax: 657-6058<br>TERMINATED: 12/17/2003<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2002 | 1 | INDICTMENT by USA Counts filed against Darrell Gerada Brown (1) count(s) 1-2, 3 Grand Jury held on 10/16/02 at Billings, MT (cc: USA, USM, USPO) (CAA) (Entered: 10/22/2002) |
| 10/17/2002 | | (Court only) Docket Modification (Utility) sealing case (CAA) (Entered: 10/22/2002) |
| 10/17/2002 | | ARREST Warrant issued for Darrell Gerada Brown by Clerk as ordered by Magistrate Anderson; dlv orig and 1 w/cert copy of indct to USM in Billings, MT for service (cc:USA, USM, PROB) (SEALED) (Entered: 10/22/2002) |
| 03/12/2003 | 2 | ARREST Warrant returned executed as to defendant Darrell Gerada Brown ; defendant arrested on 3/11/03 (SEALED) (Entered: 03/12/2003) |
| 03/12/2003 | 3 | MINUTES: ARRAIGNMENT HELD 3/12/03 FOR DARRELL GERADA BROWN before Mag Judge Richard W. Anderson; deft present and in custody; Mark Werner appearing for deft, Klaus Richter appearing for C. Ed Laws for USA; financial afdt filed by cnsl Werner; crt appoints cnsl Werner for all further proceedings; deft recd copy of Indictment; deft ATN; deft waives reading of charges; deft consents to detention; crt orders deft remanded to custody of USMS dft Darrell Gerada Brown arraigned; not guilty plea entered; , and case unsealed C/R: Diana Kern, Law Clerk Karen Jarussi, Courtroom Deputy Terri Devitt (SEALED) (Entered: 03/12/2003) |

| | | |
|---|---|---|
| 03/12/2003 | 4 | ORDER by Mag Judge Richard W. Anderson regarding [3-3] which are the minutes of the arraignment held 3/12/03 for Darrell Gerada Brown; ; jury trial set for 9:00 5/12/03 for Darrell Gerada Brown discovery by 3/27/03; pretrial motions and briefs filed by 4/3/03; requests for service of subpoenas by USMS by 10 working days prior to trial; petition for writ of habeas corpus no later than 30 days prior to trial; plea agreements filed by 5 working days prior to trial(cc: all counsel) (TMD) (Entered: 03/12/2003) |
| 03/12/2003 | 5 | CJA Form 23 (Financial Affidavit) as to Darrell Gerada Brown (TMD) (Entered: 03/13/2003) |
| 03/14/2003 | 6 | NOTICE of filing PreTrial Motions by defendant Darrell Gerada Brown (RMW) (Entered: 03/14/2003) |
| 04/04/2003 | 7 | RESPONSE by plaintiff USA to dft's discovery motions (SLN) (Entered: 04/07/2003) |
| 04/14/2003 | 8 | MOTION for order directing the Billings Municipal Court to provide copies of the complete file and tape of the chg of plea hrg in Darrell Brown's case #98-7164 by Darrell Gerada Brown (SLN) (Entered: 04/14/2003) |
| 04/14/2003 | | FILE DELIVERED to JDS for review of prop order (SLN) Modified on 04/14/2003 (Entered: 04/14/2003) |
| 04/16/2003 | 9 | ORDER by Judge Jack D. Shanstrom denying motion for order directing the Billings Municipal Court to provide copies of the complete file and tape of the chg of plea hrg in Darrell Brown's case #98-7164 [8-1] as moot (cc: all counsel) (TMD) (Entered: 04/16/2003) |
| 04/30/2003 | 10 | MOTION to continue the trial currently set 5/12/03 and to extend the motions filing ddl by Darrell Gerada Brown (SLN) (Entered: 05/01/2003) |
| 05/01/2003 | | FILE DELIVERED to RFC for review of prop order (SLN) (Entered: 05/01/2003) |
| 05/01/2003 | 11 | ORDER by Judge Jack D. Shanstrom granting motion to continue the trial currently set 5/12/03 and to extend the motions filing ddl [10-1] ; jury trial set for 9:00 7/7/03 for Darrell Gerada Brown ; the 56 days btwn 5/12/03 and 7/7/03 are excludable for purposes of the Speedy Trial Act; pt motions due 6/6/03; requests for service of subpoenas by USMS by 10 working days before trial; plea agreement by 5 working days before trial (cc: all counsel) (TMD) (Entered: 05/01/2003) |
| 06/06/2003 | 12 | MOTION to continue pretrial motions deadline by Darrell Gerada Brown (CAA) (Entered: 06/09/2003) |
| 06/09/2003 | | Lodged proposed order and FILE DELIVERED to JDS for review of unopposed motion (CAA) (Entered: 06/09/2003) |
| 06/09/2003 | 13 | ORDER by Judge Jack D. Shanstrom granting motion to continue pretrial motions deadline [12-1] ; pretrial motions ddl set for 6/13/03 for all parties (cc: all counsel) (CAA) (Entered: 06/10/2003) |

| | | |
|---|---|---|
| 06/13/2003 | 14 | Unopposed MOTION to continue pretrial motions deadline from 6/13/03 to 6/18/03 by Darrell Gerada Brown (CAA) (Entered: 06/16/2003) |
| 06/16/2003 | | Lodged proposed order and FILE DELIVERED to JDS for review (CAA) (Entered: 06/16/2003) |
| 06/16/2003 | 15 | ORDER by Judge Jack D. Shanstrom granting motion to continue pretrial motions deadline from 6/13/03 to 6/18/03 [14-1] (cc: all counsel) (CAA) (Entered: 06/16/2003) |
| 06/18/2003 | 16 | NOTICE of filing PreTrial Motions & memo by defendant Darrell Gerada Brown (RMW) (Entered: 06/24/2003) |
| 07/01/2003 | 17 | NOTICE of filing Repsonse to Deft PT Motions by plaintiff USA (RMW) (Entered: 07/02/2003) |
| 07/01/2003 | 18 | MOTION to continue trial set for 7/7/03 & related deadlines by Darrell Gerada Brown (RMW) (Entered: 07/02/2003) |
| 07/01/2003 | | Lodged PO & FILE DELIVERED to JDS for review of # 18 (RMW) (Entered: 07/02/2003) |
| 07/02/2003 | 19 | ORDER by Judge Jack D. Shanstrom granting motion to continue trial set for 7/7/03 & related deadlines [18-1] ; jury trial reset for 9:00 8/25/03 for Darrell Gerada Brown ; in-court hearing set on dft's motion to suppress for 1:30 7/16/03 for Darrell Gerada Brown , and excludable: forty-nine (49) days for Speedy Trial Act pursuant to 18:3161(h)(8). (cc: all counsel) (CAA) (Entered: 07/06/2003) |
| 07/15/2003 | | CRIMINAL CASE SUBPOENA issued as to: July 16, 2003, for Deputy Skeno and Deputy Muhlbeier to appear. Iss'd 2 orig & 2 and ret. to AUSA for service. (HMM) (Entered: 07/15/2003) |
| 07/16/2003 | 20 | MINUTES: In-Court hearing held 7/16/03 on dft's motion to suppress before Judge Jack D. Shanstrom; dft present and in custody; Mark Werner appearing for dft, C. Ed Laws appearing for USA; USA calls witnesses David Muhlbeier and Mike Schieno; wit S/E; crt denies motion to suppress; parties may file add'l briefs; dft remanded to custody of USMS in-court hearing held on 7/16/03 C/R: Kim Marchwick, Law Clerk Vu Pham, Courtroom Deputy Terri Devitt (TMD) (Entered: 07/21/2003) |
| 07/17/2003 | 21 | ORDER by Judge Jack D. Shanstrom regarding [20-2] which are the minutes of the In-Court Hearing on dft's Motion to Suppress; Motion to Suppress is denied; parties shall have until July 25, 2003 to submit any supplemental brief on pending motions (cc: all counsel) (TMD) (Entered: 07/21/2003) |
| 07/21/2003 | | FILE DELIVERED to motions drawer for 7/25/03 for briefing deadline (TMD) (Entered: 07/21/2003) |
| 07/25/2003 | 22 | NOTICE by defendant Darrell Gerada Brown of Supplemental Brief in Support of Pretrial Motions (TMD) Modified on 07/28/2003 (Entered: 07/28/2003) |

| | | |
|---|---|---|
| 07/28/2003 | | FILE DELIVERED to JDS for review of #22 (TMD) (Entered: 07/28/2003) |
| 08/14/2003 | 23 | ORDER by Judge Jack D. Shanstrom as to Darrell Gerada Brown , and ; trial presently set for 8/25/03 is vacated; jury trial set for 9:00 9/2/03 for Darrell Gerada Brown mot to dism indictment denied; mot to suspend sched of trial is moot(cc: all counsel) (TMD) Modified on 08/20/2003 (Entered: 08/14/2003) |
| 08/14/2003 | | (Court only) Docket Modification (Utility) dismissing counts as to Darrell Gerada Brown (1) count(s) 1-2. Counts 1 and 2 dismissed pursuant to court's Order of 8/14/03 (TMD) (Entered: 08/14/2003) |
| 08/14/2003 | 24 | SUPPLEMENTAL Information by plaintiff USA (TMD) (Entered: 08/15/2003) |
| 08/26/2003 | 25 | Unopposed MOTION and Memo and Suggested Trial date re Deft Motion to continue trial date of 9-2-03 by Darrell Gerada Brown (RMW) (Entered: 08/26/2003) |
| 08/26/2003 | | FILE DELIVERED to JDS for review of # 25 (RMW) (Entered: 08/26/2003) |
| 08/29/2003 | 26 | ORDER by Judge Jack D. Shanstrom granting motion to continue trial date of 9-2-03 [25-1] excludable: 20 days for purposes of Speedy Trial Act under 18:3161(h)(8)(A)(B)(iv) , and ; jury trial reset for 9:00 9/22/03 for Darrell Gerada Brown (cc: all counsel) (CAA) (Entered: 09/02/2003) |
| 09/15/2003 | | CRIMINAL CASE SUBPOENA issued as to: one individual, handed back original and two copies to runner for USA (POC) (Entered: 09/18/2003) |
| 09/15/2003 | | CRIMINAL CASE SUBPOENA issued as to: six individuals, handed back six originals with two copies each to runner for USA (POC) (Entered: 09/18/2003) |
| 09/17/2003 | | CRIMINAL CASE SUBPOENA issued as to: Mon., Sept. 22, 2003 @ 9:00. 2 Orig and 2 copies iss'd and ret'd to AUSA for service. (HMM) (Entered: 09/17/2003) |
| 09/17/2003 | 27 | NOTICE by defendant Darrell Gerada Brown of proposed voir dire questions. (CAA) (Entered: 09/17/2003) |
| 09/17/2003 | 28 | Joint Proposed JURY Instructions/List by plaintiff USA and Dft Brown. (CAA) (Entered: 09/17/2003) |
| 09/17/2003 | | REMARK - hand delivered original jury instructions, diskette and cpys of #27 & #28 to Vu for trial. (CAA) (Entered: 09/17/2003) |
| 09/19/2003 | 29 | TRANSCRIPT of SUPPRESSION HRG before JDS In Blgs MT on 7-16-03 & Court reporter Kim Marchwick. (RMW) (Entered: 09/22/2003) |
| 09/19/2003 | | REMARK # 29 held in brown expando. (RMW) (Entered: 09/22/2003) |
| 09/22/2003 | 30 | MINUTES: JURY TRIAL DAY ONE, AND VERDICT & present are |

| | | |
|---|---|---|
| | | Mark Werner for Deft & AUSA Ed Laws & proceedings are before Judge Richard F. Cebull, trying case instead of Judge Shanstrom & at 8 AM in Chambers - meet with co for FPT & at 9 AM in Crtroom - present is deft in custody - who has waived his presence at FPT & at SideBars & also present are 56 potential jurors & all ready to proceed & Clk adm 1st oath to all & draws 31 names & Crt intro of parties & reads Indictment & Court voir dire & excuses & replaces 1 juror & counsel voir Dire & pass for cause & retire to Chambers for challenges & in Crtroom - clk reads names of 12 jurors and 1 alt & 2nd oath adm & balance of jurors are thanked & excused & Crt gives preliminary Instructions & at 1 PM on Deft Motion, witnesses are excluded from Crtroom & USA case opens & witnesses S/E & exhibits are offerred & received or refused or reserved & at 1:45 USA rests & with jury absent, deft co moves for Jmt of Acquittal under Rule 29 & USA response & Motion denied & at 2:10 w/no testimony or exhibits - deft rests & jury excused as crt & co settle Instructions and at 3 PM Closing agmts are heard after Crt gives Instructions to jury & crt thanks & excuses alternate & clk adm oath to Bailiffs & jury retires to delib at 3:30 PM & at 4:30 PM - Verdict is read into record - Guilty of remaining Count In Indictment & Crt thanks & excuses jury & remands deft to custody of USM & jury impaneled , and pretrial motions satisfied on 9/22/03 jury trial held on 9/22/03 ; sentencing hearing set for 9:00 12/17/03 for Darrell Gerada Brown and SENTENCING WILL BE BEFORE JUDGE SHANSTROM & lc Vu Pham & Dep Clk R Weiss & C/R: JoAnn Bacheller (RMW) (Entered: 09/23/2003) |
| 09/22/2003 | 31 | Given JURY Instructions # 1-33. (RMW) (Entered: 09/23/2003) |
| 09/22/2003 | 32 | VERDICT as to Darrell Gerada Brown - Guilty of offense charged in Indictment. (RMW) (Entered: 09/23/2003) |
| 09/22/2003 | | (Court only) Docket Modification (Utility) regarding [32-1] which is Jury Verdict finding Darrell Gerada Brown (1) count(s) 3 guilty (RMW) (Entered: 09/23/2003) |
| 09/23/2003 | | FILE DELIVERED to JDS for set sentencing. (RMW) (Entered: 09/23/2003) |
| 09/23/2003 | 33 | ORDER by Judge Richard F. Cebull that exhibits from trial be returned to counsel, who shall retain custody (cc: all counsel) (RMW) (Entered: 09/23/2003) |
| 09/23/2003 | 34 | ORDER by Judge Richard F. Cebull that meals & or lodging be provided for jurors in this matter & cert cpy to financial. (RMW) (Entered: 09/23/2003) |
| 09/24/2003 | 35 | ORDER by Judge Jack D. Shanstrom regarding [32-1] which is Verdict & sets sentencing in Blgs MT at 9 AM on 12-17-03 & deft remanded USM custody (cc: all counsel) (RMW) (Entered: 09/24/2003) |
| 10/08/2003 | 36 | Criminal case exhibits returned to agent for USA. (RMW) (Entered: 10/08/2003) |
| | | |

| 12/17/2003 | | (Court only) (SLN) (Entered: 12/29/2003) |
|---|---|---|
| 12/17/2003 | | (Court only) (SLN) (Entered: 12/29/2003) |
| 12/17/2003 | 37 | MINUTES: SENTENCING and deft present in custody & also present is his co Mark Werner and AUSA Ed Laws & proceedings are before Judge Jack D. Shanstrom regarding [32-1] which is Verdict & Crt advises deft of nature of today's proceedings & parties have reviewed PSR & Crt names sentencing guideline range & hears comments & upward departure & sentencing Darrell Gerada Brown (1) count(s) 3. Deft is sentenced to incarceration for term of 50 months & supervised release for term of 36 months UTC & $ 100 assessment. , and sentencing hearing held on 12/17/03 , and Crt advises deft of right to Appeal & on request from deft co., Crt will rec credit for time served & terminating party Darrell Gerada Brown, party USA , and case terminated and lc Vu Pham & Dep Clk R Weiss & C/R: JoAnn Bacheller (RMW) (Entered: 12/17/2003) |
| 12/17/2003 | 38 | JUDGMENT AND COMMITMENT entered as to Darrell Gerada Brown regarding [37-5] which are Sentencing Minutes & deft was found GU of Count 3 of Indictment & is sentenced to incarceration for term of 50 mo with credit for time served & supervised release for term of 36 mo UTC + terms & deft is remanded USM custody & $ assessment & judgment is by Judge Jack D. Shanstrom (cc: all counsel) (RMW) (Entered: 12/17/2003) |
| 12/18/2003 | 39 | APPEAL Notice to USCA by defendant Darrell Gerada Brown regarding [38-1] which is Judgment & fees wv - IFP (cc: all counsel) (RMW) (Entered: 12/23/2003) |
| 12/19/2003 | 41 | APPEAL Designation of Record requested by Darrell Gerada Brown for the dates of 9/22/03 & 12/17/03 regarding [39-1] which is NOA (RMW) (Entered: 12/23/2003) |
| 12/23/2003 | 40 | Time Scheduling Order as to defendant Darrell Gerada Brown Transcript Order due: 1/8/04; Court Reporter Transcript due: 1/20/04; Appelant brief due: 3/18/04; Appellee brief due: 4/19/04; Appelant Reply brief due 5/3/04. ; transcript designation ddl set for 1/8/04 for Darrell Gerada Brown (RMW) (Entered: 12/23/2003) |
| 12/23/2003 | | REMARK process deft NOA as follows: mail to 9th Circuit Court of Appeals - certified cpy of NOA & of dc & cpy of Judgment and Order for Time Schedule & 2 copies of Appeal Notification form with return envelope & Order appointing Federal Defenders as deft co and Stmt of Reasons in sealed envelope; hand to Appellant counsel Mark Werner - conformed cpy of NOA & cpy of dc & cpy of Order for Time Schedule & Appeal Notification form; hand to Appellee counsel Ed Laws - conformed cpy of NOA & cpy of dc & Order for Time Schedule & Appeal Notification form; hand to court reporter JoAnn Bacheller & to JDS - cpy of NOA & Order for Time Schedule. (RMW) (Entered: 12/23/2003) |
| 01/15/2004 | 42 | APPEAL NUMBER received from USCA regarding [39-1] ( Appeal Number: 04-30011) (RMW) (Entered: 01/20/2004) |

| | | |
|---|---|---|
| 01/20/2004 | 43 | TRANSCRIPT of proceedings for the following date(s): 9/22/03 held in Billings MT on Jury Trial & Verdict (Re: [39-1] ) before Judge Richard F. Cebull and court reporter JoAnn Bacheller. (RMW) (Entered: 01/20/2004) |
| 01/20/2004 | 44 | TRANSCRIPT of proceedings for the following date(s): 12/17/03 held in Billings MT on Sentencing before RFC (Re: [39-1] ) and court reporter JoAnn Bacheller. (RMW) (Entered: 01/20/2004) |
| 01/20/2004 | | REMARK Transcripts # 43 and 44 are held in brown expando. (RMW) (Entered: 01/20/2004) |
| 06/21/2004 | | RECORD on Appeal sent to Circuit Court consisting of 1 clerk's file and 2 brown expandos containing reporter's transcripts, #s 29, 42 and 43; USPS Delivery Confirmation #0103 8555 7492 4470 9108. (POC) (Entered: 06/21/2004) |
| 06/03/2005 | 45 | APPEAL Judgment Mandate from USCA affirming the decision of the District Court [39-1] (cc: all counsel) (SLN) (Entered: 06/09/2005) |
| 07/21/2005 | | APPEAL Record returned by USCA as to defendant Darrell Gerada Brown; consisting of 1 clerk's volume and 3 reporter's transcripts (#'s 29, 43 & 44) (JDH) (Entered: 07/29/2005) |
| 11/15/2007 | | ARCHIVE CASE INFORMATION FROM FRC DENVER, CO, Volume 1 of 1 and one expando, 344092 thru 344112 FRC Location Number, 8 of 21 Box Number, 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 FRC Accession Number as to Darrell Gerada Brown (SLN) (Entered: 11/15/2007) |
| 11/29/2007 | 46 | Probation Jurisdiction Transferred to Southern District of California as to Darrell Gerada Brown. Transmitted Transfer of Jurisdiction form, with certified copies of judgment and docket sheet. (HMM ) (Entered: 11/29/2007) |
| 11/29/2007 | 47 | Transfer Letter sent to District of Southern California as to Darrell Gerada Brown (HMM ) (Entered: 11/29/2007) |

11/29/2007 10:14 am

# U.S. Courts
# Case Inquiry Report

**Case Number** DMTX102CR000123  **Case Title** US V BROWN

**Summary Party Information:**

| Party# | Party Name |
|---|---|
| 001 | DARRELL BROWN |

**Registry Information:**

| Depository Code | Depository Name |
|---|---|
| | |

**Transaction Information:**

| Document Type/Number* | Account Number | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Account Type | Account Code | Depository Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CK 391 | DMTX102CR000123-001 | 07/16/2006 | 1 | 02/06/2007 | SPECIAL PENALTY ASSESSMENT | Principal | | | | | |

| Debt Type | | | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| SPECIAL PENALTY ASSESSMENT | | | 100.00 | 50.00 | 50.00 |
| | | | 100.00 | 50.00 | 50.00 |

| Payee Line# | Party/Payee Name | Amount | Depository Line# | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|
| | DARRELL BROWN | 50.00 | 0 | 99 | | 504100 |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CK | Cash Receipt - CCA Conversion |

UNITED STATES OF AMERICA } ss.
DISTRICT OF MONTANA

I, PATRICK E. DUFFY, Clerk of the United States District Court for the District of Montana, hereby certify that the above and foregoing is a true copy of the original now on file in my office

Dated the ___ day of NOV 20 07
PATRICK E. DUFFY, Clerk
By _____ Deputy

Version 0.3   Page 1 of 1